# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLEN FEINGOLD,           :
     Plaintiff,           :
                                 :

v.                               :         **CIVIL ACTION NO. 19-CV-0291**
                                 :

BROOKS, BRADLEY, & KENNY, *et al.*, :
     Defendants.         :

## ORDER

AND NOW, this 30ᵗʰ day of January, 2019, upon consideration of Plaintiff Allen

Feingold's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his Complaint (ECF No. 2),

it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons set forth in the

Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                        **BY THE COURT:**

                        _____
                        **PETRESE B. TUCKER, J.**